

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

*overruled*
*By JM-19*

October 14, 1975

The Honorable Cue D. Boykin, Chairman
Texas Industrial Accident Board
Lyndon Baines Johnson Building
P. O. Box 12757, Capitol Station
Austin, Texas 78711

Opinion No. H- 715

Re: Whether a member of the
Industrial Accident Board
accumulates sick leave and vacation
benefits.

Dear Mr. Boykin:

You have requested our opinion concerning whether a member of the
Industrial Accident Board is a state employee for the purposes of vacation and
sick leave entitlement.

Article V, section 7 of the current appropriations act provides vacation
and sick leave benefits to "[e]mployees of the State . . . ." Acts 1975, 64th
Leg., ch. 743. In Attorney General Opinion M-1280 (1972) this office ruled that a
member of the Texas Employment Commission is a "State official" rather than an
"annual employee" and thus the provisions of the appropriations act which related
to sick leave and vacation were inapplicable. See also Attorney General Opinion
M-1279 (1972). While the then current appropriations act referred to "annual
employees of the State" whereas the present act applies to "[e]mployees of the
State" we believe the ruling in M-1280 controls your question, for in our view
a member of the Industrial Accident Board is clearly a state official rather than
a state employee. See V.T.C.S. art. 8307, et seq.; Aldine Independent School
District v. Standley, 280 S.W.2d 578 (Tex. Sup. 1955); Attorney General Letter
Advisory No. 85 (1974). Accordingly, in our opinion, an Industrial Accident
Board member does not accumulate sick leave and vacation under the appropriations
act.

### SUMMARY

Members of the Industrial Accident Board
do not accumulate vacation and sick leave un-
der the appropriations act.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jad: